UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD WIGGINS <br> #14047-026 <br> F.C.I. - Greenville <br> PMB 5000 <br> Greenville, Illinois 62246-5000 <br>         Plaintiff, <br><br> v. <br><br> NATIONAL CREDIT UNION ADMIN., <br> 1775 Duke Street <br> Alexandria, VA 22314-3428 <br><br>         Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-2332 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ENTRY OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Heather Graham-Oliver, Assistant U.S. Attorney, as counsel of record in the above-captioned case.

Respectfully submitted,


/s/
_____
HEATHER GRAHAM-OLIVER
Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-1334

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of December 2005, I caused the foregoing Praecipe to be served on Pro Se Plaintiff by mail, postage prepaid, addressed as follows:

**Ronald Wiggins**
**#14047-026**
**F.C.I. - Greenville**
**PMB 5000**
**Greenville, Illinois 62246-5000**

/s/
_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-1334