## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RONALD WIGGINS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Civil Action No. 05-2332 (RCL)** |
| | ) | **(Electronic Filing)** |
| **NAT.'L CREDIT UNION ADMINISTRATION,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MOTION FOR EXTENSION OF TIME TO PEAD OR OTHERWISE MOVE

The National Credit Union Administration (NCUA), in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time until March 23, 2006, to file its response to plaintiff's Complaint.  Defendant's response is currently due on February 13, 2006.  This is defendant's first request for an extension for this matter.   Because plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and defendants therefore have not obtained his position as to the relief requested.

In support of this motion, the defendants state the following:

The agency will need this additional time to investigate the allegations contained in the complaint and to provide the information necessary in the preparation of a dispositive motion, which is anticipated in this action.  In addition, the undersigned is currently preparing for trial in an unrelated matter, George v. Whittman, Civ. Act. No. 01-654 (HHK) scheduled to begin on February 27, 2006

This enlargement is not sought for purposes of delay but for good cause shown.

For the above reasons, the defendant respectfully requests that the court grant its motion for an enlargement of time to file its response until March 23, 2006.

Respectfully, submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

**<u>CERTIFICATE OF SERVICE</u>**

I certify that the foregoing Motion for Extension of Time was served upon Plaintiff by

depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

RONALD WIGGINS
R14047-026;
Greenville Federal Correctional Institution;
PMB 5000;
Greenville, IL 62246-5000;


on this 8th day of February, 2006.



_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney