## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

RONALD WIGGINS, pro-se,               )
# 14047-026                           )
Federal Correctional Institution     )
P.O. Box 5000, 4-B                    )
Greenville, IL. 62246                 )
              Plaintiff,          )
                                )
                                )
v.                                    )     1:05CV2332(RCL)
                                )
NATIONAL CREDIT UNION ADMINISTRATION  )
1775 Duke Street                      )
Alexandria, VA. 22314                 )
      and                           )
EXECUTIVE OFFICE FOR UNITED STATES    )
ATTORNEYS                             )
Department of Justice                 )
600 E. Street, N.W.                   )
Washington, D.C. 20530                )
      and                           )
FEDERAL BUREAU OF INFORMATION         )
Department of Justice                 )
935 Pennsylvania Ave, N.W.            )
Washington, D.C. 20530                )
              Defendants.          )
_____)

### AMENDED COMPLAINT FOR DECLARATORY JUDGMENT & INJUNCTIVE
### RELIEF, PRETAINING TO THE RECORDS OF
### RONALD WIGGINS

**COMES NOW,** Plaintiff Ronald Wiggins, proceeding pro-se, and as for his Amended Complaint against the above named defendants hereby claims and alleges the following:

1.   Plaintiff Ronald Wiggins, is a United States Citizen of Illinois and a proper party of this action.

- 1 -

**RECEIVED**

MAR 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2.  Defendants, National Credit Union Admininstration, Executive Office for United States Attorneys and Federal Bureau of Investigation are "agencies" governed by the Freedom of Information Act.

### COUNT-1

3.  Is fully setout in the original complaint against Naitonal Credit Union Administration.  The Plaintiff incorparates    all the allegations in that motion, as to count-1, paragraphs 1-19.

### COUNT-2

4.  By letter dated September 28, 2005, Plaintiff requested any and all information in the files of Executive Office for United States Attorneys, in the Central Division of Illinois, case no. 03-20032-001.

5.  On September 6, 2005 Plaintiff received a letter from Ms. Marie A. O'Rourke, Assistant Director of the Executive Office for United States Attorneys, asking the Plaintiff if he would like to be placed on a 9-month Project Request.

6.  On September 14, 2005 Plaintiff sent a letter to Ms. Marie O'Rourke, of EOUSA that Plaintiff had an urgent need for the records and did not wish to be placed on a "Project Request".  **See: Exhibit-A.**

7.  On October 18, 2006 the Plaintiff appealed the non-response of EOUSA to Mr. Richard Huff, of Office of Information and Privacy Act.

8.  On February 24, 2006 Mr. Richard Huff, Co-Director of OIP, sent a letter informing the Plaintiff that, "As no adverse determination has yet been made, there is no action for this Office to consider on appeal.  Indeed, the Freedom of Information Act itself contemplates judicial review, rather than admininstrative appeal, when an agency

- 2 -

has failed to respond to a request within the statutory time limits.
See 5 U.S.C. § 552(a)(6)(C)(i)."  **See: Exhibit-B.**

9.   The Defendant EOUSA is in violation of statutory time limita-
tions established by FOIA, because the agency has failed to provide
the Plaintiff with the requested records, and is no legal justification
for the delay.

10.   The Plaintiff request that the Court compel the EOUSA to
provide all the records he has requested.

### COUNT-3

11.   On September 28, 2005, Plaintiff request any and all informa-
tion in the files of the Federal Bureau of Investigation, in the Central
Division of Illinois, case no. 03-200032-001.

12.   On October 18, 2005 the Plaintiff sent a letter to Office
of Information and Privacy ("OIP"), appealing the non-response of FBI
to the previous request.

13.   On November 28, 2005 the Plaintiff received a letter from
FBI, informing the requester that a search had been conducted, and
Plaintiff was given number 1033612-000, finding no records.

14. On December 12, 2005 the Plaintiff sent a letter to Mr. Richard
Huff, Co-Director of Office of Information & Privacy Act, appealing the
fact that the FBI, claims that it has no records responsive to the
Plaintiff's request.  **See: Exhibit-G.**

15.   On January 12, 2006 Ms. Priscilla Jones, of the OIP, sent
a letter to Plaintiff assigning a number # 06-0901 to the appeal. **See:
Exhibit-D.**

16.   The Defendant FBI, is in violation of the Statutory Time
Limitations of FOIA, by not releasing the records in their files, and

the Plaintiff has a urgent need for the records.

## GENERAL CLAIMS

Plaintiff has fully exhausted all administrative remedies as to each of the above Count 1-3.

**WHEREFORE,** Plaintiff prays for the following relief:

1. Declaratory relief in that Defendants, each of them be declared in violation of the FOIA;

2. Injunctive relief in that Defendant National Credit Union Administration, be ordered to provide Plaintiff access to the requested records, and that Defendant's EOUSA and FBI, be compelled by the order of the court, each of them, to provide Plaintiff access to all the requested records;

3. That these proceedings be expedited according to FOIA law;

4. That sanctions be imposed against those found to knowingly and willingly deprived Plaintiff of his access due;

5. That eash agency be ordered to provide a full Vaughn itemization and indexingwith justification by sworn affidavit for records yet to be withheld;

6. Any further relief this Court deems just and proper.

7. Grant Plaintiff attorney fees/research/clerical fees he has incurred.

[Dated: __6__ , March, 2006].

Respectfully Submitted,

*Ronald Wiggins*

Ronald Wiggins, pro-se

- 4 -

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Amended Complaint For Declaratory Judgmenmt & Injunctive Relief, Pretaining to the Records of Ronald Wiggins, was placed in the hands of the Institution mailroom staff here at Greenville-FCI, postage prepaid, on March 6, 2006 to:


Heather D. Graham-Oliver
Assistant United States Attorney
555 Fourth Street, N.W.,  Room 10-415
Judiciary Center Building
Washington, D.C. 20530


By,

Ronald Wiggins, pro-se

Ronald Wiggins
# 14047-026
Federal Correctional Institution
P.O. Box 5000, 4-B
Greenville, Il. 62246

September 14, 2005

RE: FOI/PA Request No. 05-2331

Ms. Marie O'Rourke
Assistant Director
EOUSA/FOIA/PA Staff
BICN BLDG., Room 7300
600 E. Street, N.W.
Washington, D.C. 20530

Dear Ms. O'Rourke:

I received your correspondence concerning my FOI/PA Request.  This letter is to inform you that I don't care to be placed in a "Project Request".  I have a urgent need for the records, I'm preparing for my future litigation in my case.  I can't afford to wait 9-months for the records I seek.  I expect you to process my FOIA request as fast as humanly possible.

Yes, I agree to pay the additional fees above the initial $25.00 dollars.

I expect to receive the documents as required under FOIA Act, time limitations.  I hope to hear from you soon on this matter.

Sincerely,

Ronald Wiggins

cc: file

**Exhibit-A**



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*


FEB 2 4 2006


Mr. Ronald Wiggins
Register No. 14047-026, Unit 4-B
Federal Correctional Institution        Re:    Appeal No. 06-0350
Post Office 5000                                Request No. 05-2331
Greenville, IL  62246                           JTR:CIH

Dear Mr. Wiggins:

        You attempted to appeal from the failure of the Executive Office for United States Attorneys to respond to your request for access to records.

        Department of Justice regulations provide for an administrative appeal only after there has been an adverse determination by a component. See 28 C.F.R. § 16.9 (2005). As no adverse determination has yet been made, there is no action for this Office to consider on appeal. Indeed, the Freedom of Information Act itself contemplates judicial review, rather than an administrative appeal, when an agency has failed to respond to a request within the statutory time limits. See 5 U.S.C. § 552(a)(6)(C)(i).

        We have forwarded your letter to the EOUSA. You may also wish to contact it directly and request the status of your request. If you are dissatisfied with the ultimate action of the EOUSA, you may appeal again to this Office.

                            Sincerely,

                            *m Pustay*

                            Melanie Ann Pustay
                            Deputy Director


**Exhibit-B**

Ronald Wiggins
# 14047-026
Federal Correctional Institution
P.O. Box 5000, 4-B
Greenville, IL. 62246

December 12, 2005

RE: FOIA Appeal, from the FBI's response,
for request for records, request no:
1033612-000

Mr. Richard Huff
Co-Director
Office of Information/Privacy Act
Department of Justice
Suite 570, Flag Building
Washington, D.C. 20530

Dear Mr. Huff:

On November 28, 2005 I received a letter from the Federal Bureau
of Investigation ("FBI"), to my FOIA request. In that letter the FBI
the agency claimed, that "no records at FBI headquarters responsive to
your FOIPA request to indicate you ever been of investigative interest
to the FBI." See: **Attached Exhibit-A.**

Mr. Huff, I have a bank robbery charge, there is no way that I
wouldn't have records in the files of FBI. So this is a formal appeal
to your office of the denial of my FOIPA request.

I expect a response within the 30-days, pursuant to the statute
of limitations established by the FOIPA.

Sincerely

Ronald Wiggins

cc: file

**Exhibit-C**



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

*November 28, 2005*

MR. RONALD WIGGINS
**14047-026
POST OFFICE BOX 5000
GREENVILLE, IL 62246

Request No.:  1033612- 000
Subject: WIGGINS, RONALD

Dear Mr. Wiggins:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

Based on the information furnished, a search of the automated indices to our central records system files located no records at FBI Headquarters responsive to your FOIPA request to indicate you have ever been of investigatory interest to the FBI. The automated indices is an index to all records created since January I, 1958, in security, applicant, and administrative matters, as well as to all records created since January 1, 1973, in criminal matters.

If you have reason to believe records responsive to your request exist prior to the above dates, you will have to request another search. In order to respond to our many requests in a timely manner, our focus is to identify responsive records in the automated indices that are indexed as main files. A main index record carries the names of subjects of FBI investigations.

Although no main file records responsive to your FOIPA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

JAN 1 2 2006

Mr. Ronald Wiggins
Register No. 14047-026, 4-B
Federal Correctional Institution
P.O. Box 5000
Greenville, IL 62246

     Re:  Request No. 1033612

Dear Mr. Wiggins:

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on January 3, 2006.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **06-0901**.  Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

                    Sincerely,

                    Priscilla Jones
                    Chief, Administrative Staff

**Exhibit-D**