UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD WIGGINS )
)
      Plaintiff, )
)
v. ) Civ. Action No. 05-2332 RCL
)
NATIONAL CREDIT UNION )
ADMINISTRATION, )
)
      Defendant. )
_____)

DECLARATION OF DIANNE SALVA,
FREEDOM OF INFORMATION OFFICER
OPERATIONS DIVISION,
OFFICE OF THE GENERAL COUNSEL

I, Dianne Salva, do hereby depose and say:

1. I am a Staff Attorney in the Operations Division of the Office of General Counsel ("OGC") at the National Credit Union Administration ("NCUA") and the Freedom of Information Act ("FOIA") Officer for NCUA. In this capacity, I am responsible for processing requests for all agency records, except those found in its Office of Inspector General's files, submitted to NCUA pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act ("PA"), 5 U.S.C. § 552a, and NCUA regulations found at 12 C.F.R. Part 792. NCUA's Office of Inspector General is delegated the responsibility to process FOIA requests for

records in its files.

2. For those requests for NCUA's program records I am responsible for referring requests to the responsible offices within the Central Office or Regional Offices to conduct searches for responsive documents. Once the offices locate responsive documents, I am responsible for reviewing the documents and making the initial determination whether to grant or deny the FOIA request. I am familiar with and follow NCUA's regulatory provisions implementing the FOIA and PA. NCUA regulations provide that FOIA requests for documents from the files of NCUA's Office of Inspector General (OIG) should be submitted directly to that office. If I receive a FOIA request for OIG documents, it is my practice to forward the request to the OIG for its response to the requester.

3. If an administrative FOIA appeal is submitted to NCUA under 12 C.F.R. Part 792, I am responsible for maintaining a record of the appeal in our database and providing the file concerning the initial request to the attorney considering the appeal.

4. Due to the nature of my duties described above, I am familiar with the procedures followed in responding to the FOIA request made by Ronald Wiggins (plaintiff).

5. By letter dated May 8, 2005 (Exhibit A), plaintiff submitted to NCUA a request seeking documentation demonstrating that Land of Lincoln Credit Union, located at 3130 East Mound Road, Decatur, Illinois, was federally insured by NCUA on April 19, 2003, "ONLY." I received this request on May 12, 2005.

2

6. I assigned the request to NCUA's Region IV office located at 4807 Spicewood Springs Road, Austin, Texas, 78759, which is responsible for the supervision and regulation of credit unions in Illinois. The Region IV office was asked to search its files for records responsive to plaintiff's request.

7. The only responsive record located in NCUA's Region IV office was a copy of the insurance certificate for Land of Lincoln Credit Union, issued on November 15, 1976. Region IV staff provided it to me for response to the plaintiff's FOIA request.

8. By letter dated June 13, 2005, (Exhibit B), NCUA responded to the plaintiff, enclosing the insurance certificate showing that Land of Lincoln Credit Union had been federally insured since November 15, 1976. In my absence, the response letter was signed by Sheila A. Albin, Associate General Counsel.

9. I have reviewed NCUA's automated database and record keeping system for FOIA requests and find no evidence that the FOIA office received any other correspondence from the plaintiff.

10. Based on the plaintiff's allegations that he sent several other letters to me, I checked further with the NCUA mailroom to determine if it had any record of having received them. I discovered that there was no record of the NCUA mailroom receiving the letter dated April 27, 2005, which he indicates was delivered on May 4, 2005. I further checked the certified mail receipt number provided by Mr. Wiggins, against the U.S. Postal Service website records and found that the U.S. Postal service had no record of that item. The NCUA mailroom had no record of having received the June 22, 2005, letter plaintiff

claims to have sent. The NCUA mailroom indicated that it had received the certified letter from the plaintiff on August 24, 2005, but had no record of having delivered it to the FOIA office, and as indicated in paragraph (9) above, there is no evidence that it was received by my office and it cannot be located.

11. The plaintiff has not filed an administrative appeal of the defendant's initial response dated June 13, 2005.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of March, 2006.

/s/ Dianne Salva
Dianne Salva
Staff Attorney/FOIA Officer

May 8, 2005                                        Cert. Mail #: 7004 2510 0002 2318 4586

National Credit Union Administration
Attn: Dianne L. Salva, Staff Attorney                **EXIBIT A**
1775 Duke Street
Alexandria, VA 22314-3428
(703) 518-6300

    Re: Request for Assistance/Certificate of Deposit

Dear Director:

Please accept this letter as my request for your assistance in this matter.

Briefly, my request to you is simple. I would like for you to please provide me with documentation demonstrating that the "Land of Lincoln Credit Union", located at 3130 East Mound Road, Decatur, Illinois was federally insured by your agency on April 19, 2003, "ONLY!"

If it was not, please provide me with an explaination as to why? If it was insured by your agency, please provide me with a copy of their certificate of deposit and any other documentation which demonstrate their insurability on the date of April 19, 2003.

Thank you for your time and consideration in this matter and I personally look forward to our continued communication.


Sincerely,

*Ronald Wiggins*
Mr. Ronald Wiggins
FCI-Greenville, #14047-026
PMB 5000
Greenville, Illinois  62246-5000


rw.gth.iii





**National Credit Union Administration**

**EXHIBIT B**

June 13, 2005

Mr. Ronald Wiggins
FCI-Greenville, #14047-026
PMB 5000
Greenville, IL 62246-5000

Dear Mr. Wiggins:

This is in response to your May 8, 2005, Freedom of Information Act (FOIA) request. Enclosed is a copy of the insurance certificate verifying the insured status of Land of Lincoln Credit Union.

If we can be of further assistance, please contact us at (703) 518-6540.

Sincerely,

Dianne M. Salva
Staff Attorney/FOIA Officer

Enclosures

GC/PAS:bhs
05-FOI-00138



1775 Duke Street - Alexandria, VA 22314-3428 - 703-518-6300



NCUA

National Credit Union Administration

Hereby Certifies that each member's shares in

**LAND OF LINCOLN**

are insured up to $100,000, the maximum amount provided by the Federal Credit Union Act

Chairman
National Credit Union Administration

Issue Date: 11/15/1976

Insurance Certificate #: 63716