UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RONALD WIGGINS | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Civil Action No. 05-2332 (RCL) |
| | ) | (Electronic Filing) |
| NAT'L CREDIT UNION ADMIN., | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### MOTION FOR LEAVE TO FILE ANSWER

Pursuant to Fed. R. Civ. P. 6(b), Defendant, the National Credit Union Administration (NCUA), a federal government agency, by and through undersigned counsel, moves this Court for leave to file its answer. Because Plaintiff is incarcerated, and proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and counsel for federal Defendants has not obtained his position as to the relief requested.

Due to an administrative error, the answer, which was prepared and ready for filing on March 22, 2006, along with Defendant NCUA's Motion For Summary Judgment, was inadvertently omitted from filing on that day. Undersigned counsel, who was on scheduled leave for the week of March 20, 2006, learned of the error upon her return. The answer is attached to this motion. The underlying claim is filed under the Freedom of Information Act, 5 U.S.C. § 552. Because Defendant has already filed its Motion for Summary Judgment, the failure to timely file an answer will not prejudice the Plaintiff or delay the resolution of this case.

Accordingly, Defendant submits that the failure to timely file its answer was due to excusable neglect, and requests permission to file the answer in the aforementioned matter on the

date hereof.

                              Respectfully submitted,

                              /s/
                    _____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

                              /s/
_____
RUDOLPH CONTRERAS BAR # 434122
Assistant United States Attorney

                              /s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.,
Washington, D.C.  20530
(202) 305-1334

**CERTIFICATE OF SERVICE**

      I certify that the foregoing Motion for Leave to file Answer was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

RONALD WIGGINS
R14047-026;
Greenville Federal Correctional Institution;
PMB 5000;
Greenville, IL 62246-5000;


on this \_\_\_\_ day of March 2006.


                                           HEATHER GRAHAM-OLIVER
                                           Assistant United States Attorney