IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD WIGGINS ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-2332 (RCL) |
| ) | (Electronic Filing) |
| NAT.'L CREDIT UNION ADMIN., ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ANSWER

Now comes the Defendant, National Credit Union Administration (NCUA), by and through Counsel, and hereby answers the plaintiff's complaint as follows:

### AFFIRMATIVE DEFENSES

### First Defense

Plaintiff has failed to state a claim upon which relief may be granted.

### Second Defense

Plaintiff has failed to exhaust his administrative remedies.

### Third Defense

The Court lacks subject matter jurisdiction.

### Fourth Affirmative Defense

Answering specifically the numbered paragraphs of plaintiff's complaint, defendant admits, denies, or otherwise avers as follows:

1. The allegations contained in paragraph 1 of the plaintiff's complaint constitutes his characterization of the legal basis for this action to which no answer is required. To the extent

that an answer is required, admit only that the action is brought under the Freedom Of Information Act (FOIA), 5 U.S.C. § 552 for documentation demonstrating that the Land of Lincoln Credit Union. located at 3130 East Mound Road in Decatur, Illinois was federally insured by the NCUA on April 19, 2003 and deny any remaining allegations.

2. The allegations contained in paragraph 2 of the plaintiff's complaint expresses plaintiff's contentions and conclusions of law to which no response is required. To the extent that an answer is required, deny.

3. The defendant is without knowledge to admit or deny the allegations contained in paragraph 3 of the plaintiff's complaint.

4. The defendant admits that it is a federal agency of the United States of America.

5. The allegations contained in paragraph 5 of the plaintiff's complaint expresses plaintiff's characterizations and conclusions of law to which no response is required. To the extent that an answer is required, deny.

6. The defendant is without knowledge to admit or deny the allegations contained in paragraphs 6, 7, 8, 9, 10, 11 and 12 of the plaintiff's complaint.

7. The defendant admits only that plaintiff sent it a letter dated May 8, 2005 seeking documentation demonstrating that the Land of Lincoln Credit Union, located at 3130 East Mound road, Decatur, Illinois was federally insured by the NCUA on April 19, 2003, but denies the remainder of paragraph 13 of the plaintiff's complaint.

8. The defendant admits the allegations contained in paragraph 14 of the plaintiff's complaint in that it responded to the plaintiff's FOIA request on June 13, 2005, enclosing a copy of the insurance certificate verifying the insured status of Land of Lincoln Credit Union.

9. The defendant admits that the document located in NCUA files is dated 11/15/1976, does not list the address of the credit union, and was photocopied before sending to the plaintiff but denies the remainder of paragraph 15 of the plaintiff's complaint for want of knowledge.

10. The defendant denies the allegations contained in paragraph 16 of the plaintiff's complaint.

11. The defendant admits only that a letter from plaintiff was delivered to the NCUA mailroom on August 24, 2005, but was never delivered to the NCUA FOIA office and has never been located. Defendant therefore is without knowledge to admit or deny the allegations contained in paragraph 17 of the plaintiff's complaint.

12. In response to paragraph 18 of the plaintiff's complaint, the defendant admits that it did not respond to the Plaintiff's letters dated June 22, 2005, or August 18, 2005; but denies ever receiving said letters in the FOIA office.

13. The allegations contained in paragraph 19 of the plaintiff's complaint expresses plaintiff's characterizations and conclusions of law to which an answer is not required. To the extent an answer is required, deny.

   The remainder of the Complaint is plaintiff's prayer for relief and requires no response. To the extent that an answer is required, it is denied.

   Defendant denies that plaintiff has a claim against it or that the plaintiff is entitled to the relief requested or to any relief whatsoever. All allegations not expressly admitted are denied.

   WHEREFORE, having fully answered the complaint, defendant requests the Court to

enter judgment in its favor and grant such other relief as may be appropriate.

    Respectfully Submitted,

    /s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

    /s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    /s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

## CERTIFICATE OF SERVICE

      I certify that the foregoing Answer was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

RONALD WIGGINS
R14047-026;
Greenville Federal Correctional Institution;
PMB 5000;
Greenville, IL 62246-5000;

on this_____ day of March 2006.

 

_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney