IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ronald Wiggins, pro-se,     )
      Plaintiff,            )
                           )
v.                           )  Case No. 1:05CV2332(RCL)
                           )
National Credit Union Admin., )
et. al.,                     )
      Defendants.           )
                           )

**PETITIONER'S MOTION REQUEST TO SUSPEND ALL PROCEEDINGS IN THE CASE, UNTIL THE COURT RULES ON THE PETITIONER'S ADMENDED COMPLAINT ADDING ADDITIONAL DEFENDANTS, AND ORDER THE INITIAL DEFENDANT TO PROPERLY SERVE THE PETITIONER WITH ITS SUMMARY JUDGMENT MOTION**

**COMES NOW,** Plaintiff Ronald Wiggins, proceeding pro-se, requesting this Honorable Court to suspend all proceedings in this case until the Court rules the Amended Complaint adding additional Defendants, and order Defendant National Credit Union Administration, to properly serve the petitioner a copy of its summary judgment motion:

**PROCEDURAL FACTS OF THE CASE**

1. On February 8, 2006 the Defendant National Credit Union Admin., filed a Motion for Extention of time, which the Court subsequently granted, up until March 23, 2006 to file their summary judgment motion.

2. On March 10, 2006 the Clerk's Office received the Petitioner's first Amended Complaint for Declaratory Judgment, adding to additional

- 1 -

RECEIVED
APR 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

defendants, the Executive Office for United States Attorney ("EOUSA") and the Federal Bureau of Investigation ("FBI").  **See: Exhibit-A, (Copy of Face Sheet of Stamp Filed Motion).**

3.  On April 10, 2006 the Petitioner received a notice from the District Court to respond to the Defendant National Credit Union Admin., summary judgment motion.

## ARGUMENT

4.  The Petitioner should be allowed to amend the complaint, pursuant Fed.R.Civ.P., Rule 15(a), once as a matter of course at any time before a responsive pleading is served. . .or by leave of the court. . . . and leave shall be freely given when justice so requires. **See: Fed. R.Civ.P., Rule 15(a).** The Petitioner filed his amended complaint on March 10, 2006 with the Clerk's Office.  The Respondent has not opposed the motion to amend.  This is the Petitioner first request to amend the complaint.  As a matter of right this Court should grant the motion adding the Defendant's EOUSA and FBI, to the case.  It would serve the interest of justice for these parties to be added to the FOIA case, because the agencies are refusing to comply to the Petitioner's FOIA request in violation of rules of FOIA for compliance.

The Court should grant the Petitioner's motion to Amend the Complaint and serve the additional defendants added to the case.

5.  The Petitioner has just received notice from the Clerk's Office informing the pro-se litigant of his duty to file a response to Defendant's National Credit Union Administration Motion for Summary Judgment, within 30 days of the order of March 23, 2006.  The Petitioner has not received a copy of the Defendant's summary judgment motion, in order to

comply with the District Court's Order. The Petitioner would have not been aware that the Defendant had filed a summary judgment motion with the Clerk's Office, if it wasn't for the notice received from the Court. Petitioner is requesting that the Court order the Defendant National Credit Union Administration, to properly serve on the petitioner a copy of its summary judgment motion, and allow the petitioner additional time to respond to the summary judgment, after he receives a copy from defendant.

**WHEREFORE,** Petitioner Ronald Wiggins, prays that this Court takes his arguments into consideration and grant him leave to amend his complaint and all other issued raised in this motion.

[Dated: 14, April, 2006].

Respectfully Submitted,

Ronald Wiggins, pro-se

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Petitioner's attached motion was placed in the Greenville-FCI mailbox, postage prepaid on April 14, 2006 to:

Ms. Heather Graham-Oliver
Assistant United States Attorney
United States District Court
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

By, *[signature]*
Ronald Wiggins, pro-se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD WIGGINS, pro-se, )
# 14047-026 )
Federal Correctional Institution )
P.O. Box 5000, 4-B )
Greenville, IL. 62246 )
        Plaintiff, )
)
)
v. )  1:05CV2332(RCL)
)
NATIONAL CREDIT UNION ADMINISTRATION )
1775 Duke Street )
Alexandria, VA. 22314 )
    and )
EXECUTIVE OFFICE FOR UNITED STATES )
ATTORNEYS )
Department of Justice )
600 E. Street, N.W. )
Washington, D.C. 20530 )
    and )
FEDERAL BUREAU OF INFORMATION )
Department of Justice )
935 Pennsylvania Ave, N.W. )
Washington, D.C. 20530 )
        Defendants. )
)

RECEIVED
MAR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AMENDED COMPLAINT FOR DECLARATORY JUDGMENT & INJUNCTIVE RELIEF, PRETAINING TO THE RECORDS OF RONALD WIGGINS

    **COMES NOW,** Plaintiff Ronald Wiggins, proceeding pro-se, and as for his Amended Complaint against the above named defendants hereby claims and alleges the following:

    1. Plaintiff Ronald Wiggins, is a United States Citizen of Illinois and a proper party of this action.

- 1 -