UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD WIGGINS )<br>)<br>  **Plaintiff,** )<br>v. )<br>)<br>NAT.'L CREDIT UNION ADMINISTRATION, )<br>)<br>)<br>  **Defendant.** )<br>_____ ) | Civil Action No. 05-2332 (RCL)<br>(Electronic Filing) |

## NOTICE OF FILING

Defendant hereby gives notice of the filing of the following Amended Certificate of Service of Defendant's Motion For Summary Judgement, Statement of Material Facts Not in Genuine Dispute, and Supporting Affidavit of Diane Salva.

Respectfully submitted

_/s/ Ken Wainstein_
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_/s/ Heather Graham-Oliver_
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
555 4th St., N.W.
Washington, DC 20530
202/515-1334

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Notice of Filing has been served by U.S. mail, postage prepaid, this 19th day of April 2006, on:

RONALD WIGGINS
R14047-026;
Greenville Federal Correctional Institution;
PMB 5000;
Greenville, IL 62246-5000;

_____
HEATHER D. GRAHAM-OLIVER

## AMENDED CERTIFICATE OF SERVICE

I certify that the foregoing Motion for Summary Judgment was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

RONALD WIGGINS
R14047-026;
Greenville Federal Correctional Institution;
PMB 5000;
Greenville, IL 62246-5000;

on this 19th day of April 2006.

_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney