UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD WIGGINS,

    Plaintiff,

    v.

NATIONAL CREDIT UNION
ADMINISTRATION, et al.,

    Defendants.

Civil Action No. 05-2332 (RCL)

# ORDER

Plaintiff, proceeding *pro se*, filed this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  His complaint named the National Credit Union Administration ("NCUA") as a defendant.  On March 10, 2006, prior to the filing of an answer by NCUA, plaintiff filed an amended complaint adding FOIA claims against the Executive Office for United States Attorneys and the Federal Bureau of Investigation.

Defendant NCUA filed a motion for summary judgment on March 22, 2006.  The Court issued an order on March 23, 2006 directing plaintiff to respond to the summary judgment motion within 30 days.  Plaintiff was advised that if he failed to respond to the motion by that date, the Court would assume that the motion was conceded and grant the motion and dismiss the case.  *See Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992); *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).  As of this date, plaintiff has not filed a response to NCUA's motion.[1]  Instead, plaintiff

---

[1] After plaintiff claimed he did not receive the summary judgment motion, NCUA filed an amended certificate of service on April 19, 2006.

filed a motion to "Suspend All the Proceedings Until the Court Rules on the [Plaintiff's] Amended Complaint Adding Additional Defendants."

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend a complaint without leave of court where the other party has not yet filed a responsive pleading. Because the NCUA did not file an answer or a dispositive motion prior to plaintiff's filing of the amended complaint, plaintiff did not require leave of court.[2] In addition, plaintiff has not provided a valid reason for not complying with the Court's order directing a response to the summary judgment motion. Accordingly, it is

**ORDERED** that the motion for summary judgment filed by the National Credit Union Administration [11] is **GRANTED**. It is

**FURTHER ORDERED** that plaintiff's motion to suspend proceedings [14] is **DENIED**. It is

**FURTHER ORDERED** that defendants Executive Office for United States Attorneys and the Federal Bureau of Investigation file an answer or otherwise plead to the amended complaint within 30 days.

/s/
ROYCE C. LAMBERTH
United States District Judge

DATE: July 12, 2006

---

[2] The Court notes that plaintiff's amended complaint did not have an accompanying motion for leave to amend.