IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ronald Wiggins,<br><br>       Plaintiff<br><br>       v.<br><br>Federal Bureau of Investigation, et al.,<br><br>       Defendants. | Civil Action No. 05-2332 (RCL) |

## DECLARATION OF PEGGY L. BELLANDO

I, Peggy L. Bellando, declare as follows:

(1) I currently serve as the Unit Chief of the Freedom of Information-Privacy Acts ("FOIPA"), Litigation Support Unit ("LSU"), Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C. and, in the absence of RIDS Section Chief David M. Hardy and Assistant Section Chief Nancy L. Steward, I serve as Acting Section Chief for RIDS. I have held this position since May 28, 2006. Prior to that from August 1, 2004 until May 27, 2006 I served as the Acting Unit Chief of the FOIPA, LSU. From October 1, 2002 until July 31, 2004, I was the Acting Unit Chief of Classification Unit Three and from May 7, 1990 to September 30, 2002, I was a FOIPA Regional Program Manager. I have been employed by the FBI since June 4, 1973, and on April 25, 1977, began my work as an analyst/paralegal in FBIHQ's "FOIPA Section," the equivalent of RIDS today.

(2) In my current capacity as Unit Chief, I supervise the FOIPA LSU. The statements

contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)  Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am aware of the treatment of the FOIPA request of plaintiff Ronald Wiggins which seeks access to records pertaining to himself at FBIHQ.

(4)  The purpose of this declaration is to provide the Court and plaintiff with an explanation of the procedures used to search for records responsive to plaintiff's request.

### CHRONOLOGY OF PLAINTIFF'S FOIA REQUEST

(5)  By letter dated August 28, 2005, the plaintiff submitted a request for any records maintained at FBIHQ pertaining to himself. The request also included a reference to a third party individual, by the name of Barry Brady.[1] Plaintiff specifically stated: "This is a request for any and all information in your files, concerning any investigation of the requester by your department." To verify his identity, plaintiff attached a completed "Certification of Identity"

---

[1] The reference to third party Barry Brady was construed to mean any information at headquarters pertaining to the Plaintiff that may have been cross-referenced in a third party file. A search was conducted for any and all main files or cross-reference files at headquarters which pertain to plaintiff. Further, the request was not viewed as a specific request for files on a Barry Brady because Plaintiff did not provide either notarized authorization (Privacy Waiver) from Mr. Brady or proof of death. (See 28 C.F.R. § 16.3(a)). Third party individuals maintain strong privacy interests in not having their personal information disclosed pursuant to 5 U.S.C. § 552(b)(7)(C). Thus, absent a privacy waiver or proof of death the FBI will neither confirm nor deny the existence of any files pertaining to a Mr. Barry Brady.

form to his request. (**See Exhibit A.**)

(6) By letter dated November 28, 2005, FBIHQ advised plaintiff that a search of the automated indices to the Central Records System at FBIHQ located no records responsive to his FOIA/Privacy Act ("FOIPA") request on himself (Request Number 1033612-000.) The FBI advised plaintiff of his right to file an administrative appeal to the Department of Justice, Office of Information and Privacy (OIP). (**See Exhibit B.**)

(7) By letter dated December 12, 2005, plaintiff appealed to OIP concerning the FBI's "no records" response to his FOIA request. (**See Exhibit C.**)

(8) By letter dated January 12, 2006, OIP acknowledged receipt of plaintiff's administrative appeal and assigned it Appeal Number 06-0901. (**See Exhibit D.**)

## EXPLANATION OF THE FBI'S CENTRAL RECORDS SYSTEM

(9) The Central Records System ("CRS"), which is utilized by the FBI to conduct searches in response to FOIA and Privacy Act requests, enables it to maintain all information which it has acquired in the course of fulfilling mandated law enforcement responsibilities. The records consist of administrative, applicant, criminal, personnel, and other files compiled for law enforcement purposes. This system consists of a numerical sequence of files broken down according to subject matter. The subject matter of a file may relate to an individual, organization, company, publication, activity, or foreign intelligence matter. Certain records in this system are maintained at FBIHQ. Records which are pertinent to specific field offices are maintained in those field offices.

(10) Access to the CRS is afforded by the General Indices, which are arranged in

alphabetical order. The General Indices consist of index cards on various subject matters that are searched either manually or through the automated indices. The entries in the General Indices fall into two categories:

> (a) A "main" entry - A "main" entry carries the name corresponding with a subject of a file contained in the CRS.
>
> (b) A "reference" entry - "Reference" entries, sometimes called "cross-references," are generally only a mere mention or reference to an individual, organization, etc., contained in a document located in another "main" file.

(11) Access to the CRS files at FBI field divisions is also afforded by the General Indices (automated and manual), which are likewise arranged in alphabetical order, and consist of an index on various subjects, including the names of individuals and organizations. Searches made in the General Indices to locate records concerning a particular subject, such as Ronald Wiggins, are made by searching the subject requested in the index. FBI field divisions have automated indexing functions.

(12) On October 16, 1995, the Automated Case Support ("ACS") was implemented for all Field Divisions, Legal Attaches ("Legats"), and FBIHQ. Over 105 million records were converted from automated systems previously utilized by the FBI. ACS consists of three integrated, yet separately functional, automated applications that support case management functions for all FBI investigative and administrative cases, which are:

> (a) Investigative Case Management ("ICM") – ICM provides the ability to open, assign, and close investigative and administrative cases as well as to set, assign, and track leads. A case is opened by the Office of Origin ("OO"), which sets leads for itself and other field offices,

as needed. The offices that receive the leads are referred to as Lead Offices ("LOs"), formerly known as Auxiliary Offices. When a case is opened, it is assigned a Universal Case File Number ("UCFN"), such as "12-SU-34567," which is utilized by all FBI offices, including FBIHQ, that are conducting or assisting in the investigation. The "12" indicates the type of investigation, "SU" indicates the Office of Origin of the investigation, and "34567" denotes the individual case file number for that particular investigation.

(b) Electronic Case File – ECF serves as the central electronic repository for the FBI's official text-based documents. ECF supports the universal serial concept, where only the creator of a document serializes it into a file, providing single source entry of serials into the computerized system. All original serials are maintained in the OO case file.

(c) Universal Index ("UNI") – UNI continues the universal concepts of ACS by providing a complete subject/case index to all investigative and administrative cases. Only the OO is required to index; however, the LOs may index additional information as needed. UNI, a 95.0 million record index, provides functions to index names to cases and to search names and cases for the FBI's investigative and administrative cases. Names of individuals or non-individuals are recorded with identifying information, such as sex, race, event date, date or place of birth, locality, Social Security number, or address.

(13) The decision to index names other than subjects, suspects, and victims is a discretionary decision made by the investigative FBI Special Agent ("SA"), the supervisor in the field division conducting the investigation, and the supervising FBI SA at FBIHQ. The FBI does not index every name in its files; rather, it indexes only that information considered pertinent,

relevant, or essential for future retrieval. Without a "key" (index) to this mass of information, information essential to ongoing investigations could not be readily retrieved. The FBI files would thus be merely archival in nature and could not be effectively used to serve the mandated mission of the FBI, which is to investigate violations of federal criminal statutes. Therefore, the General Indices to the CRS files are the means by which the FBI can determine what retrievable information, if any, the FBI may have in its CRS files on a particular subject matter.

## SEARCHES FOR RECORDS RESPONSIVE TO PLAINTIFF'S REQUEST

(14)    On or about August 28, 2005, plaintiff made a FOIA request to FBIHQ for records concerning himself. The FBIHQ used the general indices to search the CRS for files concerning plaintiff. A search was conducted using the name "Ronald Wiggins" which covers a two-way phonetic breakdown of the name. For example, this search would locate records using the phonetic sounds of each last and first name relating to the following names: "Wiggins, Ronald" and "Wiggins, R." FBIHQ also used plaintiff's date of birth and social security number to facilitate the identification of responsive records. The FBIHQ located no main files in the CRS at FBIHQ concerning plaintiff. Plaintiff was advised of this by FBIHQ letter dated November 28, 2005.

(15)    Upon receipt of the complaint in this litigation, the FBI conducted a second search. In the absence of a specific request for a search of cross-references at the administrative level, the FBI's current policy is to search for and identify only "main" files responsive to FOIPA requests. In this case, at the administrative level, plaintiff did not specifically request that a search be conducted for cross-references. Nevertheless, the FBI searched its HQ indices of the CRS for

cross-references. This second search of the name Ronald Wiggins failed to locate any pertinent main files or cross-references at FBIHQ.

(16) It should be noted that this search did not include FBI field office files. If the plaintiff believes that there may be responsive files in FBI field offices, it is incumbent upon him to file requests with each individual field office that he believes maintains the records he seeks, per 28 C.F.R. Section 16.3(a) and 16.41(a) (2004).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that **Exhibits A through D** attached hereto are true and correct copies.

Executed this ___16th___ day of August, 2006.

PEGGY L. BELLANDO
Unit Chief
FOIPA Litigation Support Unit
Record/Information Dissemination
  Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

# EXHIBIT A

Date: 8-28-2005

Requesters Name: **Ronald Wiggins**
Requested Number: **14047-026**
Institutional Address: **P.O. Box 5000**
**Greenville, IL. 62246**

RE: FREEDOM OF INFORMATION/PRIVACY ACT, Request:

This is an Freedom of Information/Privacy Act request, pursuant to Title 5, Section 522 and other relevant provisions of your agency's regulations. This is a request for any and all information in your files, concerning any investigation of the requester by your department. The District of Columbia, Court of Appeals, has held, pro-se litigants request should be taken liberally. **LaCreda v. EOUSA**, 317 F.3d 345 (D.C. Cir. 2003).

I'm seeking documents and information from: **Federal Bureau of Investigation, Department of Justice, FOI/PA Section, RM. 6296JEH, Washington, D.C. 20530**, which is a government agency and subject to the FOIA. I would also like copies of all applicable regulations of your agency in relation to its statutory duties, pursuant to FOI/PA.

If for any reason it is determined that portions of the materials requested have been redacted or exempt, I expect the agency to identify on the release what information is being withheld and to what exemption applies to the redaction. My Criminal Case Number is: **02-20032-001** and my case occurred in: **Central Division, in the United States Distict Court of Illinois.**

I also seek documents and information on Third Parties in your files that was involved in some way with my case, and/or served as a government witness or informant, the parties are: *Barry Brady*

the requester is entitled to all public records that have entered the public domain. See: **Davis v. Department of Justice**, 968 F.2d 1276, 1279 (D.C. Cir. 1992).

I expect to hear from your office within the 10-working days, pursuant to the statute of limitations of FOIA.

Respectfully Submitted,

*Ronald Wiggins*

See: Attached, **Certification of identity**

U.S. Department of Justice                    Certification of Identity

**Privacy Act Statement.** In accordance with 28 CFR Section 16.4(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disseminated by the Department's failure to furnish this information will result in no action being taken on the request by the System Manager. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20530.

Full Name of Requester [1]  Ronald Wiggins

Current Address  P.O. Box 5000, Greenville, Illinois 62246

Date of Birth  2-18-72

Place of Birth  Chicago, Illinois

Social Security Number [2]  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

I declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]  *Ronald Wiggins*        Date  8-28-2005

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO 1103-0016
EXPIRES 1/31/98

FORM DOJ-361
FEB 95

**EXHIBIT B**



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

November 28, 2005

MR. RONALD WIGGINS
\*\*14047-026
POST OFFICE BOX 5000
GREENVILLE, IL 62246

Request No.: 1033612-000
Subject: WIGGINS, RONALD

Dear Mr. Wiggins:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

Based on the information furnished, a search of the automated indices to our central records system files located no records at FBI Headquarters responsive to your FOIPA request to indicate you have ever been of investigatory interest to the FBI. The automated indices is an index to all records created since January 1, 1958, in security, applicant, and administrative matters, as well as to all records created since January 1, 1973, in criminal matters.

If you have reason to believe records responsive to your request exist prior to the above dates, you will have to request another search. In order to respond to our many requests in a timely manner, our focus is to identify responsive records in the automated indices that are indexed as main files. A main index record carries the names of subjects of FBI investigations.

Although no main file records responsive to your FOIPA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

# EXHIBIT C

Ronald Wiggins
# 14047-026
Federal Correctional Institution
P.O. Box 5000, 4-B
Greenville, IL. 62246

December 12, 2005

RE: FOIA Appeal, from the FBI's response,
for request for records, request no:
1033612-000

Mr. Richard Huff
Co-Director
Office of Information/Privacy Act
Department of Justice
Suite 570, Flag Building
Washington, D.C. 20530

Dear Mr. Huff:

On November 28, 2005 I received a letter from the Federal Bureau of Investigation ("FBI"), to my FOIA request. In that letter the FBI the agency claimed, that "no records at FBI headquarters responsive to your FOIPA request to indicate you ever been of investigative interest to the FBI." See: **Attached Exhibit-A**.

Mr. Huff, I have a bank robbery charge, there is no way that I wouldn't have records in the files of FBI. So this is a formal appeal to your office of the denial of my FOIPA request.

I expect a response within the 30-days, pursuant to the statute of limitations established by the FOIPA.

Sincerely,
Ronald Wiggins

cc: file

# EXHIBIT D



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642　　　　Washington, D.C. 20530

JAN 1 2 2006

Mr. Ronald Wiggins
Register No. 14047-026, 4-B
Federal Correctional Institution
P.O. Box 5000
Greenville, IL 62246

　　Re: Request No. 1033612

Dear Mr. Wiggins:

　　This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on January 3, 2006.

　　The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number 06-0901. Please mention this number in any future correspondence to this Office regarding this matter.

　　We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　Priscilla Jones
　　　　　　　　　　　　　　　　　Chief, Administrative Staff