UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD WIGGINS, pro-se, )
      Plaintiff, )
)
v. ) Case No. 05-2332(RCL)
)
NAT'L CREDIT UNION ADMIN., )
et. al., )
      Defendants. )

## PLAINTIFF'S MOTION REQUEST FOR EXTENTION OF TIME TO RESPOND TO DEFENDANT FBI AND EOUSA'S MOTION

**COMES NOW**, Plaintiff Ronald Wiggins, proceeding pro-se, request this Honorable Court to grant Plaintiff an extention of time to respond to Defendant FBI and EOUSA motion for summary judgment. The Plaintiff submits the following reasons this court should grant this motion:

1. On July 12, 2006 the district court ordered the Defendant FBI and EOUSA to file an answer or otherwise plead to the amended conplaint within 30-days. **See: DKT. No. [16].**

2. On August 14, 2006 the Defendants filed an motion for enlargement of time to file their summary judgment motion.

3. On August 20, 2006 the Plaintiff received a copy of the Defendants FBI and EOUSA motion for summary judgment.

RECEIVED
SEP 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

- 1 -

4. As the Court is aware the Plaintiff is incarcerated and is pleading his case pro-se, without the aid of counsel. The Plaintiff is not trained in the law, and has to rely on other inmates to aid in research and preparing my arguments. The party that is currently assisting me is involved in litigation of his own, and has advised me that he would be free to assist me within the next two-weeks.

5. The Plaintiff is request that the Court grant the Plaintiff up until September 26, 2006 to file the response to Defendants FBI and EOUSA motion for summary judgment. The Plaintiff files this motion not to vex and delay the court, this extention of time is requested for good cause.

**WHEREFORE**, Plaintiff Ronald Wiggins, prays that this Court grant the Plaintiffs extention of time up until September 26, 2006, to file his response the summary judgment motion.

[Dated: 13, September, 2006].

Respectfully Submitted,

Ronald Wiggins
Ronald Wiggins, pro-se

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff's Motion Request for Extention of Time to Respond to Defendants FBI and EOUSA's Motion, was placed in Greenville-FCI mailbox, postage prepaid, on September _13_, 2006 to:

Heather D. Graham-Oliver
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20001

By) *Ronald Wiggins*
Ronald Wiggins, pro-se