DECATUR POLICE DEPARTMENT

DECATUR, ILLINOIS

REPORT NO. DR03-18088

OFFENSE

# FOLLOW UP INVESTIGATION REPORT

Case Heading  Land of Lincoln

Date of this Report  4/19/03

Arrested

At 1032 hours this date I was sent to Land of Lincoln Credit Union at 3130 E. Mound about an armed robbery. Officer Sweeney would arrive on the scene and help me with interviews. There was a suspect vehicle broadcast as a maroon Buick with the plates of GBPACR2. This vehicle was reported stolen to the Decatur Police Department, DR03-17909. Officer Butts would recover the vehicle in the Woodcrest Apartments. See his follow up.

I arrived and interviewed the following persons:

1.  Julie Beasley

Julie had the teller window where the offense happened. Julie described the suspect as a B/M 5'10" to 6'0", heavy build. The suspect was wearing a multi color dress or wrapper as Julie called it, a black bandana. Julie had no other description of the suspect other than he had two white plastic bags. Julie said that the suspect displayed a brown color semi auto handgun which he displayed.

Julie said that the B/M came to her window and handed her the two plastic bags and said give the 2nd bag to the other girl (Ashley Seeforth) and put the money in the bags. Julie said that she placed her drawer money in the bag along with the bait money. Ashley asked what the bag was for and the suspect said put the money in the bag. Julie said that both bags were handed to the suspect and he left the bank. Julie believes that when the suspect entered he had the gun under the bags and he was soft spoken.

2.  Ashley Seeforth

Ashley said that she didn't see the suspect originally come in because she was waiting on a customer. Ashley said that she heard the bags rustle. Ashley described the suspect as a B/M with black panty hose on, sunglasses and a flower type shirt on. Ashley had no additional physical description but stated that the suspect displayed a green and brown revolver. Ashley said that she filled her bag with money including the bait money and handed her bag to Julie who gave it to the suspect. Ashley said that the suspect casually walked out the door.

3.  Whitney M. Warrick W/F 03/20/85 (Customer)
    66 Noland
    422-0299

Whitney who is a customer said that she was opening a new account with Amanda Dorsey and was sitting at the desk and saw a guy leaning in the teller window. Whitney described the suspect as a B/M, heavy build with black jeans and dark shoes, multi color gown and sunglasses. Whitney said he had a dark hat of some type on

Signed  M.J. Lowhorn  574

Investigating Officer

DECATUR POLICE DEPARTMENT

REPORT NO  DR03-18088

DECATUR, ILLINOIS

OFFENSE

# FOLLOW UP INVESTIGATION REPORT

Case Heading  Land of Lincoln Credit Union

Date of this Report  04/19/03

Arrested

I responded to the Land of Lincoln Credit Union located at 3130 E. Mound Road, in reference to a Armed Robbery which had just occurred. Upon my arrival, I spoke with the following two people.

## INTERVIEW OF: Howell E. Warrick, W/M, Age 41, DOB 05/20/61, Address #66 Nolen Dr., Ph. 422-0299

I asked Howell if he had seen what had happened and he stated not that much. Howell stated that he banks here and he had brought his daughter Whitney in to open up an account. Howell stated he was not paying that much attention to the window area of the credit union, because he was facing away from them focusing on the lady assisting him with this new account. Howell states that he and Whitney had been there for approx. 10 minutes when he saw a B/M subject with a multicolored robe type jacket walk past them up towards the cashier window.

Howell stated that he did not see anything else, until this same B/M subject walked back out toward the front entry door carrying at least one white colored plastic bag in his right hand. Howell stated he then realized what had just happened. Howell stated that he got up and saw this subject drive away from the lot in a Maroon colored Buick Regal type car westbound on Mound from the Credit Union. I asked Howell if he saw this subject with a gun and he stated that he did not. I asked Howell if he could recall how long he thinks this subject was inside of the Credit Union and he stated approx. 30 seconds.

Howell described this subject when asked as approx. 6' 4", 250 lbs., and wearing dark sun glasses. I asked Howell was asked about seeing this subject wearing gloves and he stated that he does not recall. Howell was asked about possible facial hair and he stated he did not get that good of look at him because his back was turned. At this time, I did not obtain any additional information from Howell and I terminated my interview with him.

## INTERVIEW OF: Melissa A. White, W/F, Age 22, DOB 11/18/80, Address 13999 Cemetery Road, Ph. Unknown.

I spoke with Melissa about this incident. Melissa stated that she works for the Credit Union and is a Loan Interviewer. Melissa stated that she really does not know anything other than what others had told her, because she was in the back near the rest rooms. Melissa stated she first became aware of this when she seen Julie crying and stating she had just got robbed. Melissa stated that this is really all that she knows. I terminated my interview of her at this time.

I went to 3820 Woodcrest Apartments where MPO Butts had located this suspects car. Additionally, the car ad been reported two days prior. See MPO Butt's follow-up in regards to that incident. I took three Polaroid's photographs of the car.

    Photo 1: Depicts the Maroon colored Buick Riviera front view.
    Photo 2: Shows the rear of the suspect car.
    Photo 3: Shows a close-up of stripped steering column.

All three Polaroid's were tagged as evidence C-111834 and placed in evidence. I also took eight digital still images of the suspects car as well. I photo copied a copy of the evidence digital photo log describing each image taken. The original photo log and Kodak Picture Card which contains these original images were tagged as evidence C-111833 and placed into evidence too. I processed the entire passenger outside and front hood area of this car and obtained on suspect latent print for the outside passenger side door handle. This was submitted for identification.

Signed  Doug Taylor #585

Investigating Officer

**DECATUR POLICE DEPARTMENT**

REPORT NO. DR03-18088

DECATUR, ILLINOIS

OFFENSE

# FOLLOW UP INVESTIGATION REPORT

Case Heading  Land of Lincoln

Date of this Report  4/19/03

Arrested

and was wearing yellow or tan work gloves. Whitney said that the suspect had a revolver that was black with brown handles. Whitney did not hear the suspect speak.

Signed  M.J. Lowhorn  574

Investigating Officer

Prosecution

REPORT NO. DR03-18088

**DECATUR POLICE DEPARTMENT**
DECATUR, ILLINOIS

OFFENSE

# FOLLOW UP INVESTIGATION REPORT

Case Heading __Land of Lincoln__                    Date of this Report __4/19/03__

Arrested _____

Amanda R. Dorsey W/F, 12/15/80  (Employee)
    RR 1 Box 102AA
    Moweaqua, 768-3736

Amanda said that she was working with Whitney and was looking at her computer screen and didn't see much but a person that had a shirt on with lots of orange in it. Amanda said that it wasn't until she saw Ashley crying that she realized what happened.

4.  Tiffany H. Crubaugh W/F 9/13/69
    70 Whippoorwill, 877-1805

Tiffany was present in the building when the robbery happened but was in the back room and didn't see what had happened.

Sgt. Chabak and Detective Taylor and Carlton would arrive at the scene. The detectives were advised of the information that I had and they conducted some interviews also.

The Credit Union does have a security camera and Sgt. Chabak would view this tape and it would later be released to the local FBI agent who also was called to the scene.

Detective would also respond to where the stolen vehicle was recovered and process this and release it to the owner.

Signed __M.J. Lowhorn  574__

Investigating Officer

# DECATUR POLICE DEPARTMENT

PAGE _____

CASE HEADING  Land of Lincoln  DATE 04/19/03  REPORT # DR03-18027

THIS FORM IS TO BE UTILIZED BY THE PATROL DIVISION FOR HAND-PRINTED INFORMATION OR FOLLOW-UP REPORTS WHICH CA BE COMPLETED IN THE SPACE ALLOWED ON ONE FORM.

AT 1032 HOURS THIS DATE, OFFICERS WERE DETAILED TO LAND OF LINCOLN CREDIT UNION 3130 E MOUND RD RE ARMED ROBBERY.

AT 1251 HOURS THIS DATE, I RESPONDED TO THE DETAIL AND ADVISED BY SGT JONES TO ASSIST WITH INTERVIEWING WITNESSES.

I SPOKE WITH EMPLOYEE TIFFANY H CRUBAUGH W/F 09-13-69 F 70 WHIPPERWILL 877-1805. TIFFANY STATED THAT SHE WAS SEATED AT HER DESK WHICH IS LOCATED IN AN OFFICE AREA LOCATED BEHIND THE TELLER COUNTER. THE OFFICE AREA AND THE SAW TELLER COUNTER IS SEPARATED BY A WALL. TIFFANY STATED THAT SHE OBSERVE EMPLOYEE ASHLEY SEAFORTH WALK AROUND THE WALL FROM THE TELLER AREA INTO THE OFFICE AREA. TIFFANY STATED THAT ASHLEY DID NOT SAY ANYTHING BUT TIFFANY NOTICED ASHLEY WAS CRYING. TIFFANY STATED SHE LEFT HER DESK AND WALKED TO THE TELLER COUNTER AND ASKED JULIE BEASLEY WHAT WAS GOING ON. TIFFANY STATED THAT BEASLEY HANDED HER THE KEYS AND ASKED HER TO LOCK THE FRONT DOORS. TIFFANY STATED THAT SHE WAS LATER INFORMED OF THE ROBBERY.

TIFFANY STATED THAT SHE DID NOT SEE OR HEAR ANYTHING ASSOCIATED WITH THE ROBBERY.

REPORTING OFFICER _____  BADGE # _____  APPROVED BY _____

# DECATUR POLICE DEPARTMENT

PAGE _____

CASE HEADING _CITY of LINCOLN_     DATE _04-19-03_     REPORT # _DR0318081_

THIS FORM IS TO BE UTILIZED BY THE PATROL DIVISION FOR HAND-PRINTED INFORMATION OR FOLLOW-UP REPORTS WHICH CA
BE COMPLETED IN THE SPACE ALLOWED ON ONE FORM.

At 16:32 Hrs., this date, officers were detailed to the City of Lincoln Credit Union, 3130 E. Mound Rd. to a robbery that had just occurred.

I responded to the apt. complexes up north to see if I could locate the suspect vehicle. (Older Buick Regal bearing Illinois registration # GB PACK2) The above vehicle had been reported stolen to this Dept on 04/17/03. (Exhority Rpt # DR0317909)

While in the area, dispatch advised that a citizen called in and may have located the suspect vehicle in the area of Camelot and Woodcrest apartments.

I drove to the above location at which time I located the suspect vehicle, parked, unoccupied at the S/W side of the parking lot at 3820 Woodcrest.

Other units arrived to the area, and a perimeter was set up to await the arrival of K-9 officer Wise.

While speaking with the complex maintenance man he told this officer and Sgt Jones about a B/M, male subject with residues in apt #164 who somewhat matches the suspect description.

Officer Cleary, Sgt Jones, and this officer went to apt #164 at which time we spoke with B/M Webb, B/M 52, DOB 07-13-50, 3820 Camelot Circle #164, 876-1373 who stated he knows nothing of the armed robbery.

(Cont...)

REPORTING OFFICER _T Ritter_     BADGE # ____     APPROVED BY ____

# DECATUR POLICE DEPARTMENT

CASE HEADING __LAND OF LINCOLN__ DATE __04-19-03__ REPORT # __DR031868__

PAGE _____

THIS FORM IS TO BE UTILIZED BY THE PATROL DIVISION FOR HAND-PRINTED INFORMATION OR FOLLOW-UP REPORTS WHICH CA
BE COMPLETED IN THE SPACE ALLOWED ON ONE FORM.

IT WAS OBVIOUS TO OFFICERS WEBB DID NOT MATCH
THE DESCRIPTION AND OFFICERS CLEARED THE NOT.

THE VEHICLE WAS SECURED AND TURNED OVER TO
DETECTIVES WHO PROCESSED THE VEHICLE.

THE VEHICLE WAS TURNED OVER TO THE OWNER
KEVIN M. DEHORITY AT THE SCENE UPON COMPLETION
OF PROCESSING.

DENNY L. TELFER W/M 49, DOB 05-10-53 OF 1929 QUEEN
MARY CT. 877-2691 WAS THE CITIZEN WHO CALLED THE
DEPT STATING HE POSSIBLY LOCATED THE VEHICLE.

TELFER STATED HE DID NOT SEE ANYONE IN THE VEHICLE,
GET OUT OF IT, OR NEAR BY WHEN HE LOCATED IT.

REPORTING OFFICER __T. BUTTS__ BADGE # __500__ APPROVED BY _____

DECATUR POLICE DEPARTMENT

REPORT NO  DR03-18088

DECATUR, ILLINOIS

OFFENSE

# FOLLOW UP INVESTIGATION REPORT

Case Heading  Land of Lincoln Credit Union

Date of this Report  04-19-03

Arrested

1032 hours this date, I did respond to the armed robbery at the Land of Lincoln Credit Union, 3130 E. Mound Rd. Upon arrival, I secured the scene and allowed no one to exit or enter the facility. I then began seperating the witnesses to be interviewed by police. I spoke with two of these witnesses.

I first spoke with Clyde E. Sweitzer, w/m, 8-9-27 (2979 Burgener Ct. 423-9857). Clyde is a customer of the bank.

Clyde stated that he had gone to Lincoln Land Credit Union to cash a check. Clyde stated that after conducting his business, he stopped in the lobby to speak with Todd A. Hogan, w/m, 11-21-63. Todd is an employee of Land of Lincoln Credit Union.

Clyde stated that a w/f teller suddenly hollered to Todd that she had just been robbed. Clyde stated employees were pointing to a b/m who was walking out the door. Clyde described the b/m as 6'00, 240 lbs., medium skinned, late 30's or early 40's. Clyde stated he was wearing an African style poncho. Clyde stated the poncho was orange and brown. Clyde explained the poncho had "wild" print all over it.

Clyde stated he saw the b/m get into a vehicle and drive W/B on Mound Rd. from the scene. Clyde stated the car was a dark wine in color. Clyde stated this was an older vehicle. Clyde stated it was a two door vehicle.

I asked Clyde if he heard the b/m's conversation with the teller. Clyde stated he heard the b/m say nothing. Clyde explained the robbery had already occurred before he realized it even happened. I asked Clyde if he saw a weapon. Clyde stated he saw no weapon. I asked Clyde if he would be able to identify the b/m or the car if he saw it again. Clyde stated he believed he could identify the car. Clyde stated he believed he could identify the b/m if he was wearing the same clothing.

I then spoke with Marie E. Barnes, w/f, 1-1-30. Marie is an employee of Land of Lincoln Credit Union. Marie is the mail courier.

Marie stated she absolutely no information to aid the investigation. Marie stated she was in the back room and has no knowledge of a robbery occurring. Marie she only heard about the robbery from the employees.

After interviewing these two subject, police detectives arrived on scene. Detectives took over the interviews.

MPO Lowhorn was the detail officer. See his preliminary investigation report.

Signed  MPO Sweeney 410

Investigating Officer



DECATUR POLICE DEPARTMENT

DECATUR, ILLINOIS

REPORT NO. DR03-18088

| OFFENSE |
| --- |

# FOLLOW UP INVESTIGATION REPORT

Case Heading  Land of Lincoln Credit Union-Follow-Up

Date of this Report  04/19/03

Arrested

On 04/19/03 at approx. 1050 hrs. I was called out with my K-9 partner "RICO" to assist with a robbery investigation concerning the Land of Lincoln Credit Union. The business had been the victim of an armed robbery. A suspect vehicle used in the robbery had been located at 3820 Camelot Circle. I responded to 3820 Camelot Circle.

Upon arrival to 3820 Camelot Circle I gave the K-9 the command to track near the suspect vehicle. The suspect vehicle was a maroon Buick Riviera IL. Reg. GBPACR2 and was parked on the S/W corner of the parking lot at the apartments. The K-9 located a track that went along the front of the address to the N/E, turned N/B, and continued along the front of 3915 Camelot Dr. The track was lost at the north corner of the 3915 Camelot Dr. Parking lot near the building. No evidence was located while investigating the incident.

Records       Prosecution      Investigations      Crime Analysis      Command

Signed  D. Wise #313

Investigating Officer



DECATUR POLICE DEPARTMENT
DECATUR, ILLINOIS

REPORT NO  DR03-18088

OFFENSE

# FOLLOW UP INVESTIGATION REPORT

Case Heading  Land of Lincoln Credit Union

Date of this Report  41903

Arrested

On this date, 1032hrs., Land of Lincoln Credit Union, 3130 E Mound Rd., reported an armed robbery. It was reported that a B/M had displayed a handgun and taken a large amount of cash.

At the bank witnesses reported that the suspect had yellow gloves on at the time of the robbery. So the scene was not processed for prints.

There had been a number of employees and customers in the bank, at the time, who had witnessed the robbery. I interviewed one of the customers, Marcia Wharton and one of the employees, Todd Hogan.

INTERVIEW OF: Marcia Wharton, W/F, 49, 115 E Eckard, 7643720.

Marcia  said that she had come to the bank to make a transaction and was at the teller next to were the suspect had stood. Marcia said that she didn't know anything was going on, until she saw her teller putting all her money into a plastic bag. Marcia said that was when she became aware that the B/M subject next to her was robbing the bank.

Marcia described the suspect as a Large, heavy set, B/M, with a multi colored ( Orange, Yellow & Red) poncho on. Marcia said he was about 6' tall and 230 pounds. Marcia said she thought the suspect had on a mask. Marcia said she didn't see if the suspect had a gun.

Marcia said after both her teller and the teller the suspect was standing at had given him the money. He left back out the front doors. Marcia said she thought he had gotten into a vehicle in the parking lot.

INTERVIEW OF: Todd Hogan, W/M, 39, 2560 E Sunrise Ave., H 422-1439, W 875-3823

Todd, and employee of Land of Lincoln Credit Union, said that he had been in the front lobby, talking to a customer, when he observed a BM, with a multi colored  coat ( Orange, Brown, Yellow) come into the bank. Todd said he just thought he was a customer and didn't think anything more about him.

Todd described him as a BM, 6', 250 pounds, multi colored coat, dark sunglasses, blue jeans. Todd said he had got a good look at the suspect and thought he might be able to identify him if he saw him again.

Todd said he became aware that the suspect had robbed the bank when Julie, the teller that had waited on the suspect told him she had been robbed.

Todd said when he learned of the robbery, he went outside to see if he could see were the suspect had left to. Todd said that he saw the suspect get into a maroon, older model buick, lic # GB PACR 2. Todd said the suspect got onto Mound Rd and went West.

Todd then assisted me in getting the amounts of cash that had been taken from the two different tellers, Julie Beasley and Ashley Seeforth.

Julie had a total of $9868.00 taken from her drawer and Ashley had a total of $9562.00 taken from her drawer. Copies of the banks drawer counts, from each of the tellers has been placed with this report. Todd said that there was also bait money given to the suspect. A list of the denominations, serial #, and year have been place with this report. The money has been place into LEADS.

While at the bank the vehicle a Maroon, Buick, Lic # GB PACR 2, was located at 3820 Wood Crest Apt, parking lot. I went to that location to assist in processing the vehicle. Myself and Det Taylor processed the vehicle for prints. The vehicle had been reported stolen by this department earlier. I was unable to locate any suitable print. There was one white and gray glove found in the vehicle. The glove was taken and placed into evidence, tag #111835. The glove was later identified by the owner of the vehicle, Kevin Dehority, as being in the vehicle when it was stolen

Signed  T J Carlton 447

Investigating Officer

Page 1 of 2
Prosecution

DECATUR POLICE DEPARTMENT

DECATUR, ILLINOIS

REPORT NO. DR03-18088

OFFENSE

# FOLLOW UP INVESTIGATION REPORT

Case Heading  Land of Lincoln Credit Union                    Date of this Report  41903

Arrested

The vehicle was found with the steering column broken. There was also found in the vehicle a 2x4, antifreeze, snow scraper, coffee cup holder. All the items were identified by Kevin as being in the vehicle when it was taken. After the vehicle was processed it was turned over to Kevin.

Signed  T J Carlton 447

Investigating Officer

Page 2 of 2

Prosecution

EC- 3-98 THU 12:34    FAX NC. 0000000000000000000    P.01

Floating Teller Bag          DX03-18088
Land of Lincoln

**DAILY MONEY RECORD**

| Denomination | Bank of Issue | Serial Number | Series Year |
|---|---|---|---|
| 20 | D4 | BD46664890 | 1999 |
| 20 | D4 | BD82740808D | 1999 |
| 20 | D4 | BD54 2127223A | 1999 |
| 20 | D4 | BD01498217A | 1999 |
| 20 | D4 | AD41103240C | 1996 |

| Prepared By | Verified By | Date |
|---|---|---|
| | | |

| Reverified By | Date |
|---|---|
| | |

| Reverified By | Date |
|---|---|
| | |

DPD-0116

Report # DRO3-18088

Report Name LAND of LiNColN

Officer's Name Doug Taylor #585

Date 04/19/03

Number of photographs 8

Photo # 100-0033 View of Stripped Steering Column

Photo # 100 0034 View of Inside Suspect Car

Photo # 100 0035 View of Back Seat Area of Suspect Car

Photo # 100 0036 View of Rear Outside View of Suspect Car

Photo # 100 0037 View of Front of Suspects Car

Photo # 100 0038 View of Side View Passenger Side

Photo # 100 0039 View of Recovered Glove from Suspects Car

Photo # 100 0040 View of Recovered Glove From Suspects Car

Photo # _____ View of _____

Photo # _____ View of _____

Page 1 of 1

```
E M P L O Y E E   T O T A L S    306  19APR03 11:24 19APR2003
For:  J U L I E   B E A S L E Y

CASH                 9,943.86        BEGINNING CASH BALANCE     8,922.85
CHECKS RECEIVED      7,903.67    13  DRAWER INCREASES           4,000.00     1
CHECKS DISBURSED     2,000.00     1  DRAWER DECREASES               0.00     0
 GL CHECKS DISB.         0.00     0  NET CHANGE FUND           12,922.85

C A S H   R E C E I P T S
SHARE RECEIPTS       6,277.72     7  LOAN PAYMENTS                  0.00     0
CERT RECEIPTS            0.00     0    PRINCIPAL                    0.00     0
FEE RECEIPTS            0.00     0    INTEREST                     0.00     0
MISC RECEIPTS          363.21     5    FINES                       0.00     0
                                       ESCROW                      0.00     0
T O T A L            6,640.93    12                                0.00     0

D I S B R S M T S      C A S H           C H E C K
SHARE WDL            1,716.25     9      2,000.00        1
CERT  WDL                0.00     0          0.00        0
LOAN DISB                0.00     0          0.00        0
ESCROW DISB              0.00     0          0.00        0
MISC DISB                0.00     0          0.00        0

T O T A L            1,716.25     9      2,000.00        1
**CASH DISPENSER         0.00     0
**CHK DISB SUSP                                     (        0.00 )

M I S C .   D I S B  * *    * * * * * * * R E C E I P T S   * * * * * * *
MR  1    215.21    1     0.00    0 MR   2      1.00     1      0.00    0
MR  8     10.00    2     0.00    0 MR  21    137.00     1      0.00    0




TOTAL        0.00    0                        TOTAL       363.21        5
V O U C H E R      D E B I T S         C R E D I T S
SHARES               0.00     0          0.00     0
CERTIFICATES         0.00     0          0.00     0
LOAN PMTS            0.00     0          0.00     0    PREF/PEXT         0.00
LOAN PRINCIPAL       0.00     0          0.00     0    PREF/PEXT COUNT      0
LOAN INTEREST        0.00     0          0.00     0
LOAN FINES           0.00     0          0.00     0
LOAN ESCROW          0.00     0          0.00     0
FEES                 0.00     0          0.00     0
GENERAL LEDGER       0.00     0          0.00     0
TOTAL                0.00     0          0.00     0
ENC OFFSET           0.00     0          0.00     0

GRAND TOTAL      8,640.93    33      8,640.93    13
```

Land of Lincoln

Land of Lincoln C U
Teller Drawer Cash Count
Drawer Counted By: _Susan Smith_
Date: _4-19-03_
Teller Name: _Julie Beasley_          Teller # _306_

|  | Denom. | Amount |
|---|---|---|
| Currency: | 100.00 | |
| | 50.00 | |
| | 20.00 | |
| | 10.00 | |
| | 5.00 | |
| | 2.00 | |
| | 1.00 | |
| | Other | |
| | Subtotal | |

| | | |
|---|---|---|
| Coin | 1.00 | |
| | 0.50 | 2.50 |
| | 0.25 | 54.00 |
| | 0.10 | 13.10 |
| | 0.05 | 5.95 |
| | 0.01 | .31 |
| | Subtotal | 75.86 |

| | | |
|---|---|---|
| | Total | |
| Balance per Tote | | |
| Over (Short) | | |

If Vault, reconcile:

☐ Money Orders

☐ Travelers Checks

☐ Verify Bait Money agrees
   with Bait Money Schedule

☐ Review CTR File

☐ Review Bank Secrecty Log

Cash  9943.86
    -  75.86
    ————————
      9868.00

My cash drawer was counted in my presence and all currency and coins were returned intact.

_____
Teller's Signature

Land of Lincoln C U
Teller Drawer Cash Count
Drawer Counted By: *Susan Smith*
Date: 4-19-03
Teller Name: Ashley Seeforth          Teller # 318

| | Denom. | Amount |
|---|---|---|
| Currency: | 100.00 | |
| | 50.00 | |
| | 20.00 | |
| | 10.00 | |
| | 5.00 | |
| | 2.00 | |
| | 1.00 | |
| | Other | |
| | Subtotal | |

If Vault, reconcile:

☐ Money Orders

☐ Travelers Checks

| | | |
|---|---|---|
| Coin | 1.00 | |
| | 0.50 | |
| | 0.25 | 49.50 |
| | 0.10 | 11.70 |
| | 0.05 | 4.50 |
| | 0.01 | 1.62 |
| | Subtotal | 67.32 |
| | Total | 67.32 |

Balance per Tote

Over (Short)

☐ Verify Bait Money agrees
   with Bait Money Schedule

☐ Review CTR File

☐ Review Bank Secrecty Log

Cash 9629.32
    — 67.32
   9562.00

My cash drawer was counted in my presence and all currency and coins were returned intact.

_____
*Teller's Signature*

0203-1805
Lund of Lincol
Julie Beasley's
Drawer

## BAIT MONEY RECORD

| Denomination | Bank of Issue | Serial Number | Series Year |
|---|---|---|---|
| 20 | G7 | AG 53625245536 E | 1996 |
| 20 | G7 | AG 79415266 F | 1996 |
| 20 | G7 | AG0080197866 | 1996 |
| 20 | G7 | AG 33986524G | 1996 |
| 20 | G7 | AG C42058268 C | 1996 |

| Prepared By | Verified By | Date |
|---|---|---|
| CC | | |

| Reverified By | Date |
|---|---|
| Marcia White | Apr 11 '02 |

| Reverified By | Date |
|---|---|
| | |

FAX FBI

PRG3-18088

F M R ... 316 19APR03 11:15 19APR2003

**FLOATING TELLER-MOUND**

Land of Lincoln

| | | | | | | |
|---|---|---|---|---|---|---|
| CASH | 9,629.32 | | BEGINNING CASH BALANCE | 5,499.04 | |
| CHECKS RECEIVED | 7,408.72 | 18 | DRAWER INCREASES | 5,038.00 | 1 |
| CHECKS DISBURSED | 0.00 | 0 | DRAWER DECREASES | 0.00 | 0 |
| GL CHECKS DISB. | 0.00 | 0 | NET CHANGE FUND | 10,537.04 | |

**CASH RECEIPTS**

| | | | | | |
|---|---|---|---|---|---|
| SHARE RECEIPTS | 6,923.00 | 14 | LOAN PAYMENTS | 0.00 | 0 |
| CERT RECEIPTS | 0.00 | 0 | PRINCIPAL | 0.00 | 0 |
| FEE RECEIPTS | 0.00 | 0 | INTEREST | 0.00 | 0 |
| MISC RECEIPTS | 1,082.00 | 6 | FINES | 0.00 | 0 |
| | | | ESCROW | 0.00 | 0 |
| TOTAL | 8,005.00 | 20 | | 0.00 | 0 |

**DISBRSMTS        CASH                CHECK**

| | | | | |
|---|---|---|---|---|
| SHARE WDL | 1,504.00 | 14 | 0.00 | 0 |
| CERT WDL | 0.00 | 0 | 0.00 | 0 |
| LOAN DISB | 0.00 | 0 | 0.00 | 0 |
| ESCROW DISB | 0.00 | 0 | 0.00 | 0 |
| MISC DISB | 0.00 | 0 | 0.00 | 0 |
| TOTAL | 1,504.00 | 14 | 0.00 | 0 |
| ** CASH DISPENSER | 0.00 | 0 | | |
| ** CHK DISB SUSP | | | 0.00 ) | |

**MISC. DISB ** * * * * * * * * RECEIPTS * * * * * * * **

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MR 1 | 1077.00 | 3 | 0.00 | 0 | MR 2 | 2.00 | 2 | 0.00 | 0 |
| MR 5 | 3.00 | 1 | 0.00 | 0 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL | 0.00 | 0 | TOTAL | 1,082.00 | 6 |

**VOUCHER        DEBITS          CREDITS**

| | | | | | | |
|---|---|---|---|---|---|---|
| SHARES | 1,102.72 | 3 | 725.00 | 1 | | |
| CERTIFICATES | 0.00 | 0 | 0.00 | 0 | | |
| LOAN PMTS | 0.00 | 0 | 374.72 | 1 | PREF/PEXT | 0.00 |
| LOAN PRINCIPAL | 0.00 | 0 | 289.28 | 1 | PREF/PEXT COUNT | 0 |
| LOAN INTEREST | 0.00 | 0 | 85.44 | 1 | | |
| LOAN FINES | 0.00 | 0 | 0.00 | 0 | | |
| LOAN ESCROW | 0.00 | 0 | 0.00 | 0 | | |
| FEES | 0.00 | 0 | 0.00 | 0 | | |
| GENERAL LEDGER | 0.00 | 0 | 0.00 | 0 | | |
| TOTAL | 1,102.72 | 3 | 1,099.72 | 3 | | |
| EXC OFFSET | 0.00 | 0 | 3.00 | 1 | | |
| GRAND TOTAL | 9,107.72 | 47 | 9,107.72 | 24 | | |

DECATUR POLICE DEPARTMENT

REPORT NO  DR03-18088                    DECATUR, ILLINOIS

OFFENSE

# FOLLOW UP INVESTIGATION REPORT

Case Heading  Land of Lincoln C/U - 3130 E Mound          Date of this Report  04/19/03

Arrested

Shortly after 1030hrs this date I was advised that there had been an armed robbery at the Land of Lincoln Credit Union located at 3130 E Mound Rd. I overheard radio traffic that witness' had seen the B/M suspect (lone gunman) in this robbery flee the area of the credit union westbound on E Mound Rd driving a maroon Buick Il plate GBPACR2 - I later heard that this vehicle had been located unoccupied in a parking lot of Woodcrest Apts (Camelot and Mound) not far from the Credit Union.It should be noted that this vehicle was reported stolen by Kevin Dehority W/M 51 yesterday evening 04/18/03 Rpt DR03-17909 (stolen between 1500 04/17/03 and 0640 04/18/03 - stolen from street in front of victims house 1414 California Ave - all keys accounted for).

Upon my arrival Dets.Carlton and Taylor were instructed to interview employees/witness's.It was determined that no process would be done as witness's indicated that the suspect was wearing gloves.

Surveillance video did capture this incident.Credit Union employees cued up the robbery and I was able to view the suspect in one frame.I would describe the supect as B/M 5'06" - 5'08" heavy build - short black hair - dark sunglasses 20-40yrs - wearing some sort of light colored baggy shirt. According to the video the suspect enters the credit union at 10:29:57(the video actually shows 09:29:57 but according to employees the time of the video is 1hr behind actual time).I was not able to view any more of the robbery as the employee was skipping around on the video and I instructed her to turn the video over to Det.Taylor which she did and the video was eventually turned over to Agent Warren FBI - who advised he would view the video and have stills made.Witness's claim the3 suspect was armed with a handgun and no shots were fired and noone inured during the robbery.Approx $19000.00 cash was taken in the robbery-this amount included "bait" money which Det.Carlton obtain all serial numbers.

I then went to the location were the car was recovered.Dets Taylor-Carlton were instructed to process the vehicle and collect any evidence from it. It appears that the steering column was damaged allowing the car to be started without the ignition keys (in fact after processing I started the car by manipulating wires with-in the column as the owners keys would no longer start the vehicle).See Det Taylor-Carltons follow-ups for evidence recovered.

Officers as well as a K-9 unit searched the area/complex  for possible suspects but none were located (noone was seen around suspect vehicle upon its recovery).

After the car was processed the vehicle was tuned over to its owner who had arrived on scene after being notified by dispatch.It should be noted that the cars owner Dehority explained to me that the suspects must have put fuel in the vehicle as when it was stolen it had approx 1/8th tank of gas and now it had approx ½ tank of gas.

I was later approached by a W/F who ID'd herself as manager of Woodcrest Apts.I gave the W/F a suspect description and she stated the only B/Ms who live in the complex that may match the suspects descriptions were as follows : 1) Cory Fane B/M building 3905 Apt #202  2) Terrence Lee B/M building 3915 Apt 201 and 3) Lawrence Bell B/M building 3885 Apt 304.The W/F did explain to me that none of these subjects have caused problems for the management in the past.

Signed  Sgt.S.F Chabak #572

Investigating Officer



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

SEP - 6 2005

Request Number: 05-2331        Requester: Ronald Wiggins

Subject: Self (specific recs)

The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

Sincerely,

*Marie A. O'Rourke*

Marie A. O'Rourke
Assistant Director

Form No. 001 -6/05

**Appendix-K**

1      Q      And they had an array; that is, about six

2   photographs.  Is that correct?

3      A      Yes, it is.

4      Q      And they asked you if you could identify the person

5   who came up to the window that day from those photographs; is

6   that correct?

7      A      Yes, it is.

8      Q      And were you able to identify that person from

9   those photographs?

10     A      No.  I was not.

11     Q      The denominations that were in your drawer that

12  day -- I want to make sure we have this -- were 1s -- is that

13  correct? -- and 5s, all the way up to 100s.  Is that right?

14     A      Yes.

15     Q      I take it we don't go past 100s in your drawer,

16  right?

17     A      No.  We do not.

18     Q      All right.  And there are at least some 1s and 5s

19  that you put in the bag, btc

20  correct?

21     A      I put whatever I had in my drawer.  I don't

22  remember how much there was of each, but I know there was some

23  of everything.

24     Q      Okay.  Because on a day when you're giving out cash

25  to people who are depositors, you'd need 1s and 5s, right?

USA v. RONALD WIGGINS, No. 03-20032

1      A      You -- yes.  That is correct.

2      Q      And if it works like most places I go into, if

3   you'd run out of 5s, you'd replenish it, right?

4      A      Correct.

5      Q      So there are at least some 1s and some 5s that

6   would have gone into the sack that    b7C

7   would have gone to the individual that came in, right?

8      A      Correct.

9            MR. TAYLOR:  Thank you, ... b7C

10           THE COURT:  Mr. Bruce.

11           **REDIRECT EXAMINATION MR. BRUCE:**

12           b7C                    you were shown an array of six

13   photographs, you didn't tell the     b7C           these

14   people; you said simply, "I can't pick this person out.  I

15   can't recognize him"?

16     A      That is true.

17           MR. BRUCE:  Nothing further, Judge.

18           THE COURT:  Mr. Taylor.

19           MR. TAYLOR:  No, thank you, Judge.

20           THE COURT:  You may step down, b7C

21                        b7C

22           THE COURT:  Government may call its next witness.

23           MR. BRUCE:  Your Honor,

24                        b7C

25

LISA KNIGHT COSIMINI, RMR-CRR
Official Court Reporter -- U.S. District Court
(217) 384-2290

USA v. RONALD WIGGINS, No. 03-20032

1          **DIRECT EXAMINATION BY MR. BRUCE:**

2      Q      Could you state your name and spell your last name?

3

4                              that microphone moves around in

5   front of you.   The chair doesn't move; so the microphone does.

6                          where do you live?

7      A

8      Q

9      A

10     Q

11

12

13

14     Q      Could you tell us about your educational

15  background?

16     A      I went to high school

17

18

19     A      Business administration.

20            THE COURT:  Could you just raise your voice just a

21  little.

22            THE WITNESS:  Sure.

23  BY MR. BRUCE:

24     Q      Where are you employed?

25     A      Land of Lincoln Credit Union.

1    Ronald Wiggins' ·      *bnc*

2

3

4

6                                                                    and

7    observed the defendant, Ronald Wiggins, counting approximately

8    6 to $7,000 cash, as he described it, and Mr. Wiggins then

9    related to          *bnc*          robbed the bank, which

10   would have happened about

11                          *bnc*              bank on Main

12   Street, which is where the Union Planters Bank is located.

13

14

15           And he says,

16

17   down.  He also indicated that he had black face paint on when

18   he did the robbery.

19       Q    Now after, after you learned that information from

20                                was an opportunity made for a

21

22   talk to Mr. Wiggins?

23       A    Yes, he did.

24

25   who has been charged, pled guilty, and is currently awaiting

1    sentencing before Judge McCuskey, correct?

2         A    That's correct.

3         Q    And he's been -- let me rephrase that.

4              He was out on bond for a significant period of time

5    while he was cooperating in some federal investigations but

6    more state cases, correct?

7         A    Actually, he hadn't even been charged yet.  At some

8    point, he knew he was going to be charged, but he was

9    cooperating, in the meantime proving himself to be a very

10   reliable informant as well in his cooperation in many cases.

11        Q    All right.  And since then he has been charged,

12   pled guilty, and is awaiting sentencing, correct?

13        A    That is correct.

14        Q    And if memory serves correctly, his attorney

15   representing him in this (    b1C

16   Springfield, correct?

17        A    Yes, it is.

18        Q         b1C              advised both you as well as --

19   well, he's advised you        b1C           is continuing to

20   cooperate in a variety of state trials and other cases,

21   correct?

22        A    Yes.  And even under federal cases as well.

23             MR. BRUCE:  And, Your Honor, if I could pause for a

24   moment.  I believe that's the same      b1C

25   made to this Court when you extended the sentencing out buy

USA v. RONALD WIGGINS, No. 03-20032

1    several months.

2            THE COURT:  That is correct.

3    BY MR. BRUCE:

4        b7C              .  I don't expect you to give a verbatim

5    recitation, but could you describe for the Court the

6    circumstance    b7C                    and the

7    conversation that occurred, where it occurred and in general

8    what was said between    b7C

9            b7C    indicated to us that in

10   conversations he had with Mr. Wiggins that Mr. Wiggins had

11   indicated to him that, that he had something to do with the

12   bank robbery at the Union Planters Bank.

13           He was tasked with the job, if you will, to meet

14       b7C                    and in this case, he

16   Illinois, I believe it's called.  And while

17       b7C

18       b7C

19           It was at that time

20   about a variety of different things and brought into the

21   conversation,    b7C

22

23           And Mr. Wiggins in a voice that was recognized by

24       b7C

25       b7C

LISA KNIGHT COSIMINI, RMR-CRR
Official Court Reporter -- U.S. District Court
(217) 384-2290