UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONALD WIGGINS,** )<br>)<br>**Plaintiff,** )<br>    v.  )<br>    )<br>**NAT'L CREDIT UNION ADMINISTRATION,** )<br>**et al.,** )<br>)<br>**Defendants.** )<br>_____) | Civil Action No. 05-2332 (RCL)<br>(Electronic Filing) |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY**

The Federal Bureau of Investigation (FBI) and the Executive Office of U.S. Attorneys (EOUSA), hereby move, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time until November 6, 2006, to file their reply to plaintiff's opposition to their dispositive motion.  Defendants' reply is currently due on Thursday, October 5, 2006.  This is defendants' first request for an extension for this matter.   Because plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and defendants therefore have not obtained his position as to the relief requested.

In support of this motion, the defendants state the following:

Both EOUSA and the FBI will need this additional time to address the allegations contained in the opposition regarding the plaintiff's Freedom of Information Act (FOIA) request as it pertains to: (1) all applicable regulations in relation to the FOIA and (2) documents relating to a third party, Barry Brady.  Supplemental declarations are being prepared and a partial supplemental release is anticipated.

This enlargement is not sought for purposes of delay but for good cause shown.

For the above reasons, the defendants respectfully request that the court grant their motion for an enlargement of time to file a reply until November 6, 2006.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 305-1334

October 3rd, 2006

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion for Extension of Time was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

RONALD WIGGINS
R14047-026;
Greenville Federal Correctional Institution;
PMB 5000;
Greenville, IL 62246-5000;

on this 3rd day of October, 2006.

                                                  HEATHER GRAHAM-OLIVER
                                                  Assistant United States Attorney