UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONALD WIGGINS,** )<br>)<br>     **Plaintiff,** )<br>     v. )<br>)<br>**NAT'L CREDIT UNION ADMINISTRATION,** )<br>**et al.,** )<br>)<br>     **Defendants.** )<br>_____ ) | Civil Action No. 05-2332 (RCL)<br>(Electronic Filing) |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY**

The Federal Bureau of Investigation (FBI) and the Executive Office of U.S. Attorneys (EOUSA), hereby move, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time until November 21, 2006, to file their reply to plaintiff's opposition to their dispositive motion. Defendants' reply is currently due on Monday, November 6, 2006. This is defendants' second request for an extension for this matter. Because plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and defendants therefore have not obtained his position as to the relief requested.

In support of this motion, the defendants state the following:

The EOUSA Regional office will be making an additional document release to the Plaintiff during this time frame and a supplemental declaration will be prepared. The FBI's supplemental declaration to be filed with the Reply has not been finalized. Accordingly, the additional time requested will allow for a complete and full response to plaintiff's opposition as well as adequate review of the documents to be released.

This enlargement is not sought for purposes of delay but for good cause shown.

For the above reasons, the defendants respectfully request that the court grant their motion for an enlargement of time to file a reply until November 21, 2006.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 305-1334

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion for Extension of Time was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

RONALD WIGGINS
R14047-026;
Greenville Federal Correctional Institution;
PMB 5000;
Greenville, IL 62246-5000;


on this 6th day of November, 2006.


                                                      HEATHER GRAHAM-OLIVER
                                                      Assistant United States Attorney