UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONALD WIGGINS**  )<br>  )<br>    **Plaintiff,**  )<br>  v.  )  **Civil Action No. 05-2332 (RCL)**<br>  )  **(Electronic Filing)**<br>**NAT.'L CREDIT UNION ADMIN.,**  )<br>**et al.,**  )<br>  )<br>    **Defendants.**  )<br>  ) | |

### DEFENDANT EOUSA'S MOTION
### FOR AN EXTENSION OF TIME TO FILE REPLY

The Executive Office of U.S. Attorneys (EOUSA), hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time until December 11, 2006, to file their reply to plaintiff's opposition to their dispositive motion. EOUSA's reply is currently due on November 21, 2006. This is defendant EOUSA's third request for an extension for this matter because new and additional records are being sent to the Plaintiff. Plaintiff is incarcerated and proceeding *pro se*; therefore, Local Rule 7(m) does not apply to this motion, and defendants have not obtained his position as to the relief requested.

In support of this motion, the defendants state the following:

EOUSA is unable to complete its declaration within the allotted time frame. A misunderstanding in the United States Attorney's Office for the Central District of Illinois culminated in EOUSA not receiving all of the records and thus having to make a supplemental production. See Declaration of David Luczynski, attached. The additional records arrived at headquarters in Washington, D.C., last week. Id., at ¶ 2. Because of strict adherence to processing guidelines and the fact that the redacted portion of records turned out to be larger

than anticipated, a greater time delay has unfortunately occurred. Id. The Plaintiff should receive the additional records by the end of next week. Id., at ¶ 3. The supplemental processing of records has provided Plaintiff with 86 additional pages released in part and 59 pages released in full. Id. In addition, 83 pages have been referred to the FBI for processing and a direct response to the Plaintiff. Id. Due to the backlog and the rushed nature of this additional workload, EOUSA has not been able to fully prepare the supporting Vaughn index/declaration which describes in detail the reasons for EOUSA's withholding of records. Id.

Accordingly, the additional time requested will allow EOUSA to completely satisfy its obligation under the FOIA.

For the above reasons, EOUSA respectfully requests that the court grant its motion for an enlargement of time to file a reply until December 11, 2006.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 305-1334

## CERTIFICATE OF SERVICE

      I certify that the foregoing EOUSA's Motion for Extension of Time To File Its Reply was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

RONALD WIGGINS
R14047-026;
Greenville Federal Correctional Institution;
PMB 5000;
Greenville, IL 62246-5000;

on this 21st day of November, 2006.

      /s/
_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney