## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD WIGGINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE and EXECUTIVE OFFICE OF )<br>UNITED STATES ATTORNEYS, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:05-CV-2332-RCL |

### AFFIDAVIT OF DAVID LUCZYNSKI

This is an affidavit in support of a motion for extension of time.

1. Due to several unforeseen events involved in this case, EOUSA is unable to complete the declaration within the allotted time. A misunderstanding in the United States Attorneys Office for the Central District of Illinois culminated in EOUSA not receiving all the records pertinent to the Plaintiff's FOIA request.

2. An additional 292 pages arrived in my office last week. The sensitive aspects of the Plaintiff's prior case, conveyed to me by the AUSA in Illinios, caused a delay in sending the additional records. Because of strict adherence to processing guidelines and the fact that the redacted portion of records turned out to be larger than anticipated, a greater than anticipated delay has occurred.

3. I am expecting the Plaintiff to receive his records as well as the fee letter attached by the end of next week. The supplemental processing has provided Plaintiff with 86 additional pages released in part and 59 pages released in full. In addition, 83 pages have been referred to the FBI for processing and a direct response from that agency to the Plaintiff. Due to the

backlog and the 'rushed' nature of this additional workload, EOUSA has not been able to fully prepare the supporting Vaughn Index which describes in detail the reasons for EOUSA's withholding of records.

    4. For the foregoing reasons I would request from the Court one additional extension period of twenty (20) days in order to completely satisfy the FOIA requirements of this request.

    5. Each step in the handling of Mr. Wiggins' request has been entirely consistent with the EOUSA and the United States Attorney's Office procedures which were adopted to insure an equitable response to all persons seeking access to records under the FOIA/PA.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on November 21st, 2006.

_____
David Luczynski
Attorney Advisor
EOUSA, FOIA/PA Unit