UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONALD WIGGINS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**NATIONAL CREDIT UNION ADMINISTRATION, et al.,**<br><br>**Defendants.** | Civil Action No.  05-2332 (RCL) |

## ORDER

In accordance with the Memorandum Opinion issued this 30th day of January, 2007, it is

ORDERED that the motion for summary judgment by defendants Executive Office for United States Attorneys and Federal Bureau of Investigation [19] is GRANTED.  It is

FURTHER ORDERED that defendants' motion for extension of time [18] is GRANTED.

Judgment is entered in favor of the Executive Office for United States Attorneys and the Federal Bureau of Investigation.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

_____
ROYCE C. LAMBERTH
United States District Judge